```
                                United States Bankruptcy Court
                                       District of Oregon

In re:                                                              Case No. 18-60623-tmr
Christopher Lee Reneau                                              Chapter 13
Kasandra Lyn Duren
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0979-6         User: Admin.                 Page 1 of 2                Date Rcvd: May 16, 2019
                             Form ID: OD2                 Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db            +Christopher Lee Reneau,    34206 Brittany Ct,    Chiloquin, OR 97624-8718
jdb           +Kasandra Lyn Duren,    6724 Beckton Avenue,    Klamath Falls, OR 97603-4191
smg           +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
                Washington, DC 20530-0001
              +Wells Fargo,   2809 S 6th St,    Klamath Falls, OR 97603-4605
101632338     +Capital One.,   PO Box 21887,    Eagan, MN 55121-0887
101632340     +Carter-Jones Collection Service.,    c/o Kent Pederson, President,    1143 Pine Street,
                Klamath Falls, OR 97601-5853
101632346      First National Credit Card,    PO Box 5097,    Sioux Falls, SD 57117-5097
101632347      GameStop Corp,    625 Westport Pkwy,    Grapevine, TX 76051-6740
101632348    ++MAURICES INC,    933 MACARTHUR BOULEVARD,    MAHWAH NJ 07430-2045
              (address filed with court: Maurices Inc..,    c/o The Dress Barn, Inc.,    Attn: Tax Dept,
                933 MacArthur Blvd,   Mahwah, NJ 07430-2045)
101632355    #+Outsource Receivables Management.,    c/o Chris Green, President,    372 24th Street, Suite 300,
                Ogden, UT 84401-1438
101632356     +Pacific Power.,    825 NE Multnomah St,    Portland, OR 97232-2135
101632362     +Wells Fargo Dealer Services.,    c/o Ernest Rady, CEO,    4525 Sharon Road, Suite 300,
                Charlotte, NC 28211-3597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: ORREV.COM May 17 2019 06:08:00      ODR Bkcy,   955 Center NE #353,    Salem, OR  97301-2555
smg           +E-mail/Text: usaor.bankruptcy@usdoj.gov May 17 2019 02:12:26       US Attorney,    US Attorney,
                1000 SW 3rd Ave #600,    Portland, OR 97204-2936
cr            +EDI: PRA.COM May 17 2019 06:08:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
101632335     +EDI: RMSC.COM May 17 2019 06:08:00      Amazon,   PO Box 965013,    Orlando, FL 32896-5013
101632336     +EDI: TSYS2.COM May 17 2019 06:08:00      Barclays Bank Delaware.,    100 S. West St.,
                Wilmington, DE 19801-5015
101632337      EDI: WFNNB.COM May 17 2019 06:08:00      Buckle,   PO Box 659704,    San Antonio, TX 78265-9704
101664831      EDI: CAPITALONE.COM May 17 2019 06:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
101632339      EDI: RMSC.COM May 17 2019 06:08:00      Care Credit/GE Money.,    PO Box 960061,
                Orlando, FL 32896-0061
101632341     +E-mail/Text: dl-csgbankruptcy@charter.com May 17 2019 02:12:42       Charter Communications.,
                12405 Powerscourt Dr.,    Saint Louis, MO 63131-3673
101632342      EDI: CHASE.COM May 17 2019 06:08:00      Chase,   National Bank By Mail,    P O Box 36520,
                Louisville, KY 40233-6520
101632343     +EDI: WFNNB.COM May 17 2019 06:08:00      Comenity Bank Recovery Dept,    PO Box 182125,
                Columbus, OH 43218-2125
101632344     +E-mail/Text: creditbureau@cbkckf.com May 17 2019 02:12:00       Credit Bureau of Klamath County.,
                c/o Angela M. Trainor, Auth. Rep.,    839 Main Street,    Klamath Falls, OR 97601-6011
101632345     +EDI: RCSFNBMARIN.COM May 17 2019 06:08:00      Credit One Bank.,    PO Box 60500,
                City of Industry, CA 91716-0500
101632333      EDI: IRS.COM May 17 2019 06:08:00      IRS,   Centralized Insolvency Oper.,    PO Box 7346,
                Philadelphia, PA 19101-7346
101678248      EDI: RESURGENT.COM May 17 2019 06:08:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
101677731      EDI: MERRICKBANK.COM May 17 2019 06:08:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,   Greenville, SC 29603-0368
101662284     +EDI: MID8.COM May 17 2019 06:08:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                WARREN MI 48090-2011
101632349     +EDI: MERRICKBANK.COM May 17 2019 06:08:00      Merrick Bank,    Customer Service,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
101632350     +EDI: MID8.COM May 17 2019 06:08:00      Midland Funding, LLC.,    c/o Midland Credit Mgmt,
                c/o J. Brandon Black, CEO,    8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
101632351      E-mail/Text: Bankruptcies@nragroup.com May 17 2019 02:12:40       National Recovery Agency.,
                PO Box 67015,   Harrisburg, PA 17106-7015
101632352     +E-mail/Text: shellier@norco-inc.com May 17 2019 02:12:37       Norco,   63024 Sherman Rd,
                Bend, OR 97703-5750
101635541     +E-mail/Text: shellier@norco-inc.com May 17 2019 02:12:37       Norco Inc,    1125 W Amity Rd,
                Boise ID 83705-5412
101632334     +EDI: ORREV.COM May 17 2019 06:08:00      ODR,   Attn: Bankruptcy Unit,    955 Center St NE,
                Salem, OR 97301-2555
101699055      EDI: ORREV.COM May 17 2019 06:08:00      ODR Bkcy,   955 Center St NE,    Salem OR 97301-2555
101642088      EDI: AGFINANCE.COM May 17 2019 06:08:00      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
101632353     +EDI: AGFINANCE.COM May 17 2019 06:08:00      One Main Financial,    C/S Care Dept,
                6801 Colwell Blvd,,    Irving, TX 75039-3198
101681885     +E-mail/Text: bankruptcy@oregoncommunitycu.org May 17 2019 02:12:16
                Oregon Community Credit Union,    PO Box 77002,    Springfield, OR 97475-0146
```

Case 18-60623-tmr13    Doc 32    Filed 05/18/19

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
101632354       +E-mail/Text: bankruptcy@oregoncommunitycu.org May 17 2019 02:12:16
                 Oregon Community Credit Union,,    c/o Mandy Jones, CEO,    2880 Chad Dr.,    POB 77002,
                 Springfield, OR 97475-0146
101679358        EDI: PRA.COM May 17 2019 06:08:00       Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541
101664012        EDI: PRA.COM May 17 2019 06:08:00       Portfolio Recovery Associates, LLC,     c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
101676787        EDI: PRA.COM May 17 2019 06:08:00       Portfolio Recovery Associates, LLC,     c/o Maurices,
                 POB 41067,    Norfolk VA 23541
101677992       +E-mail/Text: bankruptcynotifications@pacificorp.com May 17 2019 02:12:33        Pacific Power,
                 PO Box 25308,    Salt Lake City, UT 84125-0308
101674106       +EDI: JEFFERSONCAP.COM May 17 2019 06:08:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
101632357        EDI: RMSC.COM May 17 2019 06:08:00       QVC, Inc.,    Customer Service,
                 1200 Wilson Drive at Studio Park,     West Chester, PA 19380
101662319        EDI: Q3G.COM May 17 2019 06:08:00       Quantum3 Group LLC as agent for MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
101677991       +E-mail/Text: bankruptcynotifications@pacificorp.com May 17 2019 02:12:33
                 Rocky Mountain Power,    PO Box 25308,    Salt Lake City, UT 84125-0308
101675867       +EDI: AIS.COM May 17 2019 06:08:00       Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
101632358       +EDI: VERIZONCOMB.COM May 17 2019 06:08:00       Verizon Wireless,    PO Box 4005,
                 Acworth, GA 30101-9006
101632359       +EDI: WFNNB.COM May 17 2019 06:08:00       Victoria's Secret,    POB 659728,
                 San Antonio, TX 78265-9728
101632360        EDI: RMSC.COM May 17 2019 06:08:00       Walmart Discover.,    POB 530927,
                 Atlanta, GA 30353-0927
101675544        EDI: WFFC.COM May 17 2019 06:08:00       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
101632361       +EDI: WFFC.COM May 17 2019 06:08:00       Wells Fargo Bank, N.A.,    c/o Tim Sloan, CEO,
                 420 Montgomery Street,    San Francisco, CA 94163-0001
101666155        EDI: WFFC.COM May 17 2019 06:08:00       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                                TOTAL: 43

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101675875*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OD2 (6/29/12) krw

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Christopher Lee Reneau,** xxx–xx–4702
 **Kasandra Lyn Duren,** xxx–xx–2101
Debtor(s)

Case No. **18–60623–tmr13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

  **The debtor(s) failed to make all plan payment(s) by the required deadline(s).**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###